No. 71–6314.   Gosa v. Mayden, Warden.   C. A. 5th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted and case set for argument with No. 71–1398 [*Warner, Secretary of the Navy v. Flemings*], *supra*.

No. 71–1206.   DePugh v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 71–1260.   School Town of Speedway et al. v. Dillin, U. S. District Judge, et al.   C. A. 7th Cir. Certiorari denied.

No. 71–1290.   Binder v. United States;
No. 71–1307.   Samuels v. United States; and
No. 71–6519.   Blauner v. United States.   C. A. 2d Cir.   Certiorari denied.   Reported below: 453 F. 2d 805.

No. 71–1295.   Wenger v. United States.   C. A. 2d Cir.   Certiorari denied.

No. 71–1299.   Karneges et al. v. United States. C. A. 9th Cir.   Certiorari denied.

No. 71–1366.   Marino et al. v. New York.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 71–1367.   Rockwell-Standard Corp. v. Scaife Co.   Sup. Ct. Pa.   Certiorari denied.

No. 71–1379.   Watts v. Teagle et al.   Ct. App. Ga. Certiorari denied.